**SEALED**

1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | AMANDA BECK
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

MAY 17 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO. 2:16-SW 0304 KJN |
|---|---|
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209.662.2949 | SEALING ORDER<br>**UNDER SEAL** |

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: May 17, 2016

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

SEALING ORDER          2